**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                              Petitioners,                             26 **CIVIL** 3331 (JAV)

          -against-                                         **JUDGMENT**

RNT CONTRACTING INC.,

                              Respondent.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 1, 2026, the Petition is GRANTED and the March 3, 2026 Award is CONFIRMED. Accordingly, the judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Respondent shall make its books and records (including its payroll records and related documents) available to Petitioners, pursuant to the CBA, within 30 days of the Memorandum Opinion and Order for purposes of an audit in compliance with the Award; and

3. Awarding Petitioners $203,898.82 pursuant to the Award; and

4. Awarding Petitioners $1,317.00 in attorneys' fees and $431.25 in costs; and

5. Awarding Petitioners pre-judgment interest at the annual rate of 10.5%, accruing from March 2, 2026, to the date of the Memorandum Opinion and Order in the amount of $7,097.35; and

6. Awarding Petitioners post-judgment interest at the statutory rate.

**Dated**: New York, New York
     July 1, 2026

                                   **TAMMI M. HELLWIG**
                                   _____
                                   **Clerk of Court**

                    BY:   _____
                                    **Deputy Clerk**